UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BEVERLY LOCKHART and<br>THAD RAY MANNING,<br><br>   Defendants. | Criminal No. 12-08-ART-HAI-2<br><br>Criminal No. 12-08-ART-HAI-3<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Magistrate Judge's Report and Recommendation. R. 75. The deadline for filing any objections has passed, and no objections have been filed. *See* Fed. R. Crim. P. 59(b)(2). Accordingly, it is **ORDERED** that the Report and Recommendation, R. 75, is **ADOPTED** as the opinion of the Court.

This the 19th day of November, 2012.



Signed By:
*Amul R. Thapar*  AT
United States District Judge